AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PINE TREE EQUITY MANAGEMENT, L.P., a Delaware limited partnership, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 24-CV-22610 BLOOM |
| PINE TREE VENTURES, LLC, a Florida limited liability company; and CARLOS PUJOL, an individual and citizen of the State of Florida, *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Pujol
7900 Harbor Island Drive, Unit 1222
North Bay Village, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Barsky, Esq., HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300, Miami, FL 33131
Tel: 305.374.8500; Daniel.barsky@hklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: 07/10/2024

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINE TREE EQUITY MANAGEMENT, L.P., a Delaware limited partnership, *Plaintiff(s)* <br> v. <br> PINE TREE VENTURES, LLC, a Florida limited liability company; and CARLOS PUJOL, an individual and citizen of the State of Florida, *Defendant(s)* | Civil Action No. 24-CV-22610 BLOOM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pine Tree Ventures, LLC
1101 Brickell Avenue, Suite N1400
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Barsky, Esq., HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300, Miami, FL  33131
Tel:  305.374.8500; Daniel.barsky@hklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/10/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts